UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEIRON ELIAS,<br>Plaintiff,<br>v.<br>HUBBARD,<br>Defendant. | No. 2:26-cv-1470 CSK P<br><br><u>ORDER</u> |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On June 25, 2026, this Court ordered plaintiff to show cause within thirty days why this action should not be dismissed for his failure to exhaust administrative remedies. (ECF No. 6.) Pending before this Court is plaintiff's motion for a sixty day extension of time to respond to the order to show cause. (ECF No. 9.)

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 9) is granted; and

2. Plaintiff is granted sixty days from the date of this order to respond to the order show cause why this action should not be dismissed for his failure to exhaust administrative remedies. Failure to respond to this order will result in a recommendation of dismissal of this action.

///

///

Dated: July 22, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Elia1470.36/2