UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEIRON ELIAS,

Plaintiff,

v.

HUBBARD,

Defendant.

No. 2:26-cv-1470 CSK P

ORDER

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. For the following reasons, plaintiff's motion for a preliminary injunction or to stay this action is denied.

On June 25, 2026, this Court ordered plaintiff to show cause within thirty days why this action should not be dismissed for his failure to exhaust administrative remedies. (ECF No. 6.) On July 22, 2026, this Court granted plaintiff a sixty-day extension of time to respond to the order to show cause filed June 25, 2026. (ECF No. 10.)

Pursuant to the mailbox rule, on August 23, 2026, plaintiff filed the pending motion for preliminary injunction or to stay this action. (ECF No. 11 at 6.) In this motion, plaintiff seeks an order directing prison officials to escort plaintiff to the law library once per week so that plaintiff can make copies of motions and evidence. (Id. at 1.) Plaintiff cannot attend the law library himself to make copies because he is in restrictive housing. (Id. at 4.) Plaintiff does not want to

send his legal documents to the law library to be copied because prison officials have stolen and trashed his legal documents. (Id. at 2-3.) Plaintiff states that, for the most part, he has accumulated sufficient evidence to respond to the June 25, 2026 order to show cause, but he cannot afford to lose this evidence by sending it out for copies. (Id. at 3.) For these reasons, plaintiff requests that prison officials be ordered to escort him to the law library so that he may make the copies himself. (Id.)

In the pending motion, plaintiff also states that following his release from restrictive housing in ninety days, plaintiff will be able to directly obtain the copies he needs. (Id. at 4.) Good cause appearing, plaintiff is granted thirty days to respond to the June 25, 2026 order to show cause. Within thirty days of this order, plaintiff will have been released from restrictive housing and had sufficient time to prepare his response to the June 25, 2026 order to show cause. For these reasons, plaintiff's motion for a preliminary injunction or to stay this action is denied as unnecessary.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for a preliminary injunction or to stay this action (ECF No. 11) is denied as unnecessary.

2. Plaintiff is granted thirty days from the date of this order to respond to the order to show cause filed June 25, 2026.

Dated: November 13, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Elia1470.ord/2